UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MELANIE YOUNG,

                Plaintiff,                       **ORDER**
                                                                        CV 13-4713 (ADS)

      -against-

TOWN OF ISLIP, *et al.*,

                Defendants.
-----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

     A conference in the above-captioned case has been scheduled for **September 23, 2014 at 11:30 a.m.**, to be held in Courtroom 814 in the United States Federal Courthouse in Central Islip. The purpose of the conference is to address the plaintiff's letter motion dated September 3, 2014 to compel defendants to more fully respond to Plaintiff's First Set of Interrogatories and Document Demands and the defendants' letter motion dated September 9, 2014 to quash a subpoena duces tecum served on defendant Elizabeth Lorenz.

Dated:  Central Islip, New York                       **SO ORDERED:**
           September 16, 2014

                                                           _____/s/_____
                                                           ARLENE R. LINDSAY
                                                           United States Magistrate Judge