# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*

556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 www.brewingtonlaw.com

**Frederick K. Brewington**
**Albert D. Manuel III**

**Oscar Holt III**
**Of Counsel**

October 9, 2020

**VIA ELECTRONIC CASE FILING**
Honorable Sandra J. Feuerstein
United States District Court Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza, Chambers 1014
Central Islip, New York 11722

      Re:   *Young v. Town of Islip, et.al.*
              Docket No.: CV-13-4713 (SJF)(ARL)

Dear Judge Feuerstein:

     As your records will reflect, we are the attorneys representing the Plaintiff in the above referenced matter. This is to respectfully inform that I am currently engaged in the voting rights matter, *Flores, et.al. v. Town of Islip, et.al.*, Docket No.: CV-18-3549, before the Honorable Gary R. Brown. Due to my engagement, it is respectfully requested that the *Status Teleconference*, scheduled for Tuesday October 13, 2020 at 9:30 a.m., be rescheduled to take place at 1:00 p.m., during the trial lunch break, or to another date. We have reached out to defense counsel Howard D. Wexler, Esq., however, we were unable to obtain his consent to this request.

     We thank the Court for its kind consideration.

                                       Respectfully submitted,

                                       FREDERICK K. BREWINGTON

cc:   Howard D. Wexler, Esq. (via ecf)
FKB:pl